## Theodore Orban and Albie Orban, Appellees, v. Clarence Michal and John O. Stoll, Defendants. John O. Stoll, Appellant.

Gen. No. 10,032.

opinion filed March 8, 1946; rehearing denied May 7, 1946; released for publication May 9, 1946. Gardner, Carton & Douglas and Runyard & Behanna, for appellant; Erwin W. Roemer and James A. Velde, of counsel; Snyder & Clarke, for appellees; Gerald C. Snyder, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.